# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Daniel Campbell  
    Ziyetta M Campbell  
        Debtor(s)

Case No. 14-28503

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2014.

2) The plan was confirmed on 12/05/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/14/2015.

5) The case was dismissed on 10/09/2015.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,996.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,481.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,481.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,641.47 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $330.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,972.22**

Attorney fees paid and disclosed by debtor: $600.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIANT CREDIT UNION | Unsecured | 8,000.00 | 8,550.84 | 8,550.84 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,000.00 | 573.16 | 573.16 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 379.30 | 379.30 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 436.00 | 218.91 | 218.91 | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Secured | 2,522.00 | 2,522.00 | 2,522.00 | 571.16 | 96.15 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 9,611.02 | 3,795.13 | 3,795.13 | 0.00 | 0.00 |
| CREDIT CONTROL | Unsecured | 1,200.00 | 200.60 | 200.60 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES | Secured | 22,278.66 | 22,278.66 | 22,278.66 | 4,989.85 | 851.62 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 0.00 | 26.09 | 26.09 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 3,000.00 | 4,102.00 | 4,102.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 3,275.10 | 4,129.90 | 4,129.90 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | 3,787.24 | 3,787.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 651.18 | 651.18 | 651.18 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 12,617.41 | 12,617.41 | 12,617.41 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 435.50 | 158.21 | 158.21 | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 4,975.00 | 4,975.09 | 4,975.09 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,000.00 | 1,681.54 | 1,681.54 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | 1,632.46 | 1,632.46 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 915.00 | 915.37 | 915.37 | 0.00 | 0.00 |
| ARNOLD HARRIS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY AIMCO | Unsecured | 2,685.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECEIVABLE COMED | Unsecured | 2,005.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY ORAL SURGEON | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYSTEM SO SUBURBAN H( | Unsecured | 5,442.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMONWEALTH FINANCIAL INGA | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SULL | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| COMCAST STELLAR RECOVERY | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Unsecured | 1,394.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES & LEASE | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| JUPITER COMMUNITIES | Unsecured | 1,812.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCOA HAZEL CREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLL PARK FOREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLL OLYMPIA FIELDS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT WOW HARV | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMCAST | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMCAST | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU S | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU S | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU S | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CO EMERG PHYSICIAN | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SERVICE FIFTI | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS & OUT CENTRAL | Unsecured | 2,686.00 | NA | NA | 0.00 | 0.00 |
| FOREVER CONSTRUCTION | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT NORTH SHORE GAS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| WOW DIGITAL CABLE | Unsecured | 220.14 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 687.45 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN ASSOC EMP OF COOL | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| UNITED AIR ECU | Unsecured | 8,051.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FLOSSMOOR | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| VINTO CASH AMERICASH LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN ILLINOIS HOSPITAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM T-MOI | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 699.00 | 1,134.69 | 1,134.69 | 0.00 | 0.00 |
| WAUKEGAN LOAN MANAGEMENT | Unsecured | NA | 1,415.08 | 1,415.08 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,800.66 | $5,561.01 | $947.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,800.66** | **$5,561.01** | **$947.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $651.18 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$651.18** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,293.02** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,972.22 |
| Disbursements to Creditors | $6,508.78 |
| **TOTAL DISBURSEMENTS:** | **$8,481.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/09/2015         By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**